# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 06-30495-dof |
| April D. Miller | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| NCO Financial | 6 | 16 | Unsecured | 718834 | $14.65 |

Dated: September 22, 2010

                                                                 /s/Carl L. Bekofske  
                                                         Carl L. Bekofske,  
                                                         Standing Chapter 13 Trustee  
                                                         400 N. Saginaw St., Ste 331  
                                                         Flint, MI 48502  
                                                         Telephone: (810) 238-4675  
                                                         Fax: (810) 238-4712  
                                                         Email: ECF@flint13.com  
                                                         P10645